*Louque* for the Succession Appellee.

MARR, J., delivered the opinion.

## No. 4762.

SUCCESSION OF PIERRE PINAUD.  RULE UPON ZADICK.

A judge cannot recuse himself when neither of the parties to the suit can recuse him The causes for which a judge may be recused are: interest in the suit; relation to one of the parties within the fourth degree; having been employed or consulted as advocate in the suit; and certain relations by affinity specified in art. 339 of the Code of Practice.

APPEAL from the Second District Court of New Orleans.  BERMUDEZ, J., *ad hoc.*

*Cooley* for Zadick, Appellant.  *Murphy* for Appellee.

The succession of Pierre Pinaud being under administration in the Second Court, one of the assets thereof had been advertised for sale under a *fieri facias* issued in a suit of Pinaud's Admx. *v.* Fellon.

The asset was a note which was in the possession of Zadick in pledge. An injunction had been obtained forbidding the sale, and the judge had been counsel in this injunction suit.

DE BLANC, J.    It is useless to pass upon any other than the first exception, that as the judge was not personally interested, not in any way related to either of the parties, had not been employed nor consulted therein as an advocate, he had no right to recuse himself. That exception must prevail.

*Judgment accordingly.*